

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 17 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 18-00219-AG-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER |
| JASON PAUL CHRISTENSEN, | ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*No bail resources; recent failure to appear; instant allegations and prior*

1

*violations suggest lack of amenability to supervision.*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations and prior violations suggest lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 12-17-18

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge