FILED
CLERK, U.S. DISTRICT COURT
APR 2 0 2021
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON PAUL CHRISTENSEN, <br><br> Defendant. | Case No. 8:18-CR-00219-JVS <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the nature of current allegations, lack of verified background due to defendants refusal to be interviewed by Pretrial Services, lack of appropriate sureties, as well as defendant's history of prior supervised release violations.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: April 20, 2021

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge